IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ROBERT HARRISON § | |
| § | |
| v. § | CIVIL ACTION NO. 4:17-CV-00004 |
| § | |
| FAMILY MEDICINE ASSOCIATES OF § | |
| TEXAS, P.A. and MARY NEAL § | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Came on to be heard this day the above-captioned case.  Through their Agreed Motion to Dismiss With Prejudice and this Agreed Final Judgment, Plaintiff Robert Harrison and Defendants Family Medicine Associates of Texas, P.A. and Mary Neal have announced to the court that all matters between the parties have been resolved.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that all claims against all parties asserted herein are hereby DISMISSED WITH PREJUDICE to again assert same.

IT IS FURTHER ORDERED that all parties shall bear their own attorney's fees and costs.

IT IS FURTHER ORDERED that all relief not expressly granted herein is denied.  THIS IS A FINAL JUDGMENT.  The Agreed Motion to Dismiss with Prejudice [de #32] is hereby GRANTED.

**SIGNED this the 24th day of April, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE